JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WENFENG FAN,<br>Petitioner,<br>v.<br>PAM BONDI, et al.,<br>Respondents. | Case No. 5:25-cv-3619-SK<br>**JUDGMENT** |

Pursuant to the Order Denying in Part and Dismissing in Part Habeas Petition, **IT IS ADJUDGED** that this action under 28 U.S.C. § 2241 is dismissed without prejudice.

DATED: August 6, 2026

STEVE KIM
United States Magistrate Judge